# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

Civil Action No. 07-CV-02524 (PAM/JSM)

Julie Marie Pyle and Steven G. Pyle,

       Plaintiffs,

vs.

DirecTV, a/k/a DirecTV International, Inc.,
Premier Communications,
Robert Howard Ginsburg,
Daniel Thomas Hogan,
Angela Gagnon,
LaRhonda LNU (Last Name Unknown),
Sergeant Terry Bebeau, individually and as
a member of the City of Savage Police Department,
Scott County Sheriff's Office Dispatcher "Doe"
and/or "Roe" individually and as an employee
of the Scott County Sheriff's office,

       Defendants.

_____

## ORDER
_____

Pursuant to the foregoing Stipulation of Dismissal, DirecTV's cross-claim against Premier Communications is hereby dismissed without prejudice, without costs or disbursements to any party.

**BY THE COURT**

Dated: February 20, 2008    s/Paul A. Magnuson
                                    Judge of United States District Court