UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Julie Marie Pyle and Steven G. Pyle,        Court File No. 07-cv-2524 (PAM/JSM)

                Plaintiffs,

v.

DirecTV, a/k/a DirecTV International, Inc.,
Premier Communications,
Robert Howard Ginsburg,
Daniel Thomas Hogan,
Angela Gagnon,
LaRhonda LNU (Last Name Unknown),
Sergeant Terry Bebeau, individually and as a member of the City of Savage Police Department,
Scott County Sheriff's Office Dispatcher "Doe" and/or "Roe" individually and as an employee of the Scott County Sheriff's Office,

                Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to a Stipulation,

      IT IS HEREBY ORDERED that the above-entitled action against Defendant Sergeant Terry Bebeau, be, and the same hereby is, dismissed with prejudice and on the merits and without costs, attorneys fees, or disbursements to any party.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this   27   day of   August  , 2008.

                              BY THE COURT:

                              s/Paul A. Magnuson
                              The Honorable Paul A. Magnuson
                              U.S. District Court Judge