UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Julie Marie Pyle and Steven G. Pyle,          Civil Action No. 07-CV-02524 (PAM/JSM)

       Plaintiffs,

vs.

DirecTV, a/k/a DirecTV International, Inc.,
Premier Communications,
Robert Howard Ginsburg,
Daniel Thomas Hogan,
Angela Gagnon,
LaRhonda LNU (Last Name Unknown),
Sergeant Terry Bebeau, individually and as
a member of the City of Savage Police Department,
Scott County Sheriff's Office Dispatcher "Doe"
and/or "Roe" individually and as an employee
of the Scott County Sheriff's office,

       Defendants.
_____

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiffs' claims against Defendants DirecTV, a/k/a DirecTV International, Inc., Angela Gagnon and LaRhonda Brandsness are hereby dismissed with prejudice and without costs or fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY

                BY THE COURT:


Date: August 27, 2008         s/Paul A. Magnuson
                              The Honorable Paul A. Magnuson
                              Judge of District Court